ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 SEP 26 AM 8:50

CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN MICHAEL MEES (01)

No.

4-14CR-205-Y

## INFORMATION

The United States Attorney charges:

### Count One
Unlawful Selling, Conveying, Disposing of Government Property
(Violation of 18 U.S.C. § 641)

On or about April 16, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Stephen Michael Mees**, without lawful authority, did knowingly and willfully sell, convey, and dispose of military equipment of a value in excess of $1,000, the military equipment being the property of the United States.

In violation of 18 U.S.C. § 641.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ 
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Information – Page 1